# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0847. JASON JOHNSON v. THE STATE.**

Jason Johnson entered a guilty plea to family violence battery, theft by receiving stolen property, and two drug-related offenses in February 2019, and was sentenced to ten years to serve two in prison and the remainder on probation. On August 1, 2021, Johnson was arrested on a different charge. On May 24, 2022, the trial court revoked three years of Johnson's probation. In November 2022, Johnson filed a motion for credit for time served while awaiting his probation revocation hearing. The trial court denied his motion, and this appeal followed. We, however, lack jurisdiction.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of this appeal is the revocation of Johnson's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). His failure to do so deprives this Court of

jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___*02/08/2023*___

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*